IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                           PLAINTIFF

v.                              Case No. 2:19-cr-20035

DERRICK ALVIN GIVENS                                               DEFENDANT

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 52. Judge Ford recommends that Defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2) (ECF 46) be denied. Defendant has not objected to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

Defendant's pro se motion to reduce his sentence argues that Amendment 782 to the United States Sentencing Guidelines ("USSG"), which applies retroactively, should be applied to reduce his sentence to time served. After Defendant filed the motion to reduce his sentence, Judge Ford appointed the Federal Public Defender ("FPD") to represent Defendant and directed the FPD to file a Supplement to Defendant's motion. ECF No. 48. The FPD subsequently filed a Notice with the Court stating that it had found Defendant's motion meritless and that the FPD did not intend on filing the requested Supplement. ECF No. 51. The FPD explained that Amendment 782 was in effect during Defendant's sentencing and was correctly applied in calculating Defendant's USSG sentencing range. The FPD added that it considered whether other Amendments to the USSG could apply to Defendant's motion, such as Amendment 821, but concluded that they did not. In the instant R&R, Judge Ford adopted the analysis of the FPD and recommended that

Defendant's motion to reduce his sentence be denied.

Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the R&R (ECF No. 52) in toto. Accordingly, Defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2) (ECF No. 46) is hereby **DENIED**.

**IT IS SO ORDERED**, this 14th day of July, 2026.

/s/ John Thomas Shepherd
John Thomas Shepherd
United States District Judge

2